# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Hanover Insurance Company, as Subrogee of Estvold Oilfield Services, Inc. and Estvold Hot Oil Service, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ameribuilt Building, Inc., <br><br> Defendant. | **ORDER FOR STATUS CONFERENCE** <br><br><br><br><br><br> Case No. 1:19-cv-046 |

**IT IS ORDERED:**

A status conference will be held before the magistrate judge by telephone on March 10, 2020, at 9:00 a.m. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 24th day of July, 2019.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court