**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| The Hanover Insurance Company, a Subrogee of Estvold Oilfield Services, Inc., and Estvold Hot Oil Service, Inc.,<br><br>      Plaintiff,<br><br>vs.<br><br>Ameribuilt Buildings, Inc., Lake Country Contractors, John Bouvette, Construction with R&R, LLC, and Dave Rud,<br><br>      Defendants. | **ORDER**<br><br><br><br>Case No. 1:19-cv-046 |

On October 7, 2020, the parties filed a Stipulation to Modify Scheduling Order/Discovery Plan. The court **ADOPTS** the parties' stipulation and **AMENDS** the pretrial deadlines as follows:

1. The parties shall make all of the required Rule 26(a)(1) disclosures by November 1, 2020.

2. The parties shall have until June 7, 2021, to complete fact discovery and to file discovery motions.

3. Plaintiff shall disclose identity of expert witnesses, opinions of experts and any reports of experts by June 7, 2021.

4. Defendants shall disclose identity of expert witnesses, opinions of experts and any reports of experts by July 6, 2021.

5. The parties shall have until August 3, 2021 to complete discovery depositions of expert witnesses.

6. The parties shall have until July 6, 2021 to file nondispositive motions, threshold

motions, and any dispositive motions.

The court further **ORDERS**:

1. The court shall hold a mid-discovery conference with the parties by telephone on February 1, 2021, at 9:30 AM CST.

2. The final pretrial conference set for January 19, 2021, shall be rescheduled for November 23, 2021, at 1:30 p.m. by telephone. To participate in the mid-discovery conference and final pretrial conference, the parties should dial (877) 810-9415 and enter access code 8992581.

3. The jury trial set for February 1, 2021, shall be rescheduled for December 7, 2021, at 9:30 AM in Fargo before Chief Judge Welte. A five (5) day trial is anticipated.

Dated this 8th day of October, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court.