IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Hanover Insurance Company, as Subrogee of Estvold Oilfield Services, Inc., and Estvold Hot Oil Service, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Ameribuilt Buildings, Inc., Lake Country Contractors, John Bouvette, Construction with R&R, LLC, and Dave Rudd,<br><br>    Defendants. | **ORDER ADOPTING STIPULATION TO MODIFY SCHEDULING ORDER/ DISCOVERY PLAN**<br><br>Case No. 1:19-cv-046 |

On June 8, 2021, the parties filed a Stipulation to Modify Scheduling Order/Discovery Plan. (Doc. No. 36). The court **ADOPTS** the parties' stipulation (Doc. No. 36) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until August 9, 2021, to complete fact discovery and to file discovery motions.

2. Plaintiff to disclose identity of expert witnesses, opinions of experts and any reports of experts by August 9, 2021.

3. Defendants to disclose identity of expert witnesses, opinions of expertsand any reports of experts by September 9, 2021.

4. The parties shall have until October 8, 2021, to complete discovery depositions of expert witnesses.

5. The parties shall have until September 9, 2021, to file nondispositive motions, threshold motions, and any dispositive motions.

The court further **ORDERS**:

1. The final pretrial conference set for November 23, 2021, shall be rescheduled for February 23, 2022, at 1:30 PM CST by telephone. To participate in the mid-discovery conference and final pretrial conference, the parties should dial (877) 810-9415 and enter access code 8992581.

2. The jury trial set for December 7, 2021, shall be rescheduled for March 8, 2022, at 9:30 AM in Fargo (courtroom #10 before Chief Judge Welte. A five (5) day trial is anticipated

Dated this 9th day of June, 2021.

                                                           */s/ Clare R. Hochhalter*
                                                           Clare R. Hochhalter, Magistrate Judge
                                                           United States District Court