# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| The Hanover Insurance Company, as Subrogee of Estvold Oilfield Services, Inc., and Estvold Hot Oil Service, Inc., | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| Ameribuilt Buildings, Inc., Lake Country Contractors, John Bouvette, Construction with R&R, LLC, and Dave Rudd, | ) ) ) ) | Case No. 1:19-cv-046 |
| Defendants. | ) | |

On February 14, 2022, the parties filed a status report in which the requested that the court postpone the final pretrial conference and jury trial pending resolution of the pending motions. (Doc. No. 81). The court **GRANTS** the parties' request (Doc. No. 81). The final pretrial conference set for February 23, 2022, and jury trial set for March 8, 2022, are cancelled. They shall be rescheduled as necessary at a later date. The pre-trial deadlines set forth in the Court's Order for Pretrial Conference are stayed pending further order.

**IT IS SO ORDERED.**

Dated this 15th day of February, 2022.

                                                       */s/ Clare R. Hochhalter*
                                                      Clare R. Hochhalter, Magistrate Judge
                                                      United States District Court